BEFORE THE SECOND DIVISION, NOVEMBER 26, 1941.

**No. 46620.**—Protests 954035–G, etc., of Dardebwan Trading Co. et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46621.**—Protest 40691–K of Wolff, Fording & Co., Inc. (Boston).

Opinion by TILSON, J.   It was stipulated that the slung spangles in question are the same in all material respects as those the subject of *Fashion Trimming Corp.* v. *United States* (6 Cust. Ct. 199, C. D. 462).   In accordance therewith the claim at 60 percent under paragraph 1503 was sustained.

**No. 46622.**—Protests 955264–G, etc., of W. R. Grace & Co. et al.    (Los Angeles, etc.)

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46623.**—Protest 915018–G of P. Kuch Co. (New York).

Opinion by DALLINGER, J.   In accordance with stipulation of counsel and following Abstract 41633 the pencil sharpeners in question were held dutiable as household utensils under paragraph 339 as claimed.

**No. 46624.**—Protest 66078–K of New York Merchandise Co., Inc. (New York).

Opinion by DALLINGER, J.   It was stipulated that the merchandise consists of salad forks composed entirely of wood and similar to those the subject of *Borgfeldt* v. *United States* (T. D. 48585).   The claim at 33⅓ percent under paragraph 412 was therefore sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 26, 1941.

**No. 46625.**—Protests 822789–G, etc., of Empire Importing Co. et al. (Galveston).

Opinion by CLINE, J.   The issue in these protests is the same as that involved in *Wm. Prym of America* v. *United States* (T. D. 43040), affirmed in *United States* v. *Wm. Prym of America* (17 C. C. P. A. 180, T. D. 43475).   The evidence showed that the only notice of advance by the appraiser in these cases related to a *per se* advance in value of the electric-light bulbs in question; that no notice of dumping was issued by the appraiser; and that no dumping duty was assessable on the merchandise.   *Mitsui* v. *United States* (Reap. Dec. 3828), *Grand Gaslight* v. *United States* (Reap. Dec. 3834), *Sherwin-Williams* v. *United States* (T. D. 47919), and *Vulcan Match Co.* v. *United States* (5 Cust. Ct. 188, C. D. 398) cited.